No. 105, Misc. WALTER *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se.* *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 123, Misc. BALLERSTEDT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 167, Misc. COOK *v.* MAYO, PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied. Petitioner *pro se.* *Richard W. Ervin,* Attorney General of Florida, and *George R. Georgieff,* Special Assistant Attorney General, for respondent.

No. 174, Misc. PITTS *v.* NASH, WARDEN. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se.* *John M. Dalton,* Attorney General of Missouri, and *Robert R. Welborn,* Assistant Attorney General, for respondent.

No. 230, Misc. PEARSON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 245, Misc. McHONEY ET AL. *v.* MARINE NAVIGATION Co., INC. C. A. 4th Cir. Certiorari denied. *Philip F. DiCostanzo* for petitioners. *Charles W. Waring* and *Walter X. Connor* for respondent.

No. 255, Misc. HUGHES ET AL. *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.